**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| JOSHUA GREENE, <br><br> Plaintiff, <br><br> v. <br><br> LEAF GROUP LTD., a Delaware corporation; SAATCHI ONLINE, INC., a Delaware corporation; and JOHN AND JANE DOES 1-83, <br><br> Defendants. | Case No. 6:23-cv-1560-MK |

## STIPULATION OF SETTLEMENT

By their undersigned counsel, Plaintiff Joshua Greene and Defendants Leaf Group Ltd. and Saatchi Online, Inc. do hereby stipulate and agree as follows:

1. The Parties reached a settlement agreement, as set forth in a written agreement executed on July 9, 2024 ("Settlement Agreement").

2. The Parties have not yet been able to effectuate some of the provisions of the Settlement Agreement, and will require until not later than August 19, 2024 to do so before filing a stipulation of dismissal.

3. Therefore, the Parties hereby stipulate and agree that all deadlines in this matter be stayed until the earlier of August 19, 2024, or the filing of a stipulation of dismissal.

Dated: July 11, 2024

**REITLER KAILAS & ROSENBLATT LLP**

Robert W. Clarida (admitted *pro hac vice*)
Brett Van Benthysen
885 Third Avenue, 20th Floor
New York, NY 10022
Tel.: (212) 209-3050
rclarida@reitlerlaw.com

bvanbenthysen@reitlerlaw.com

Marcus T. Brown, OSB No. 214335
**WATKINSON LAIRD RUBENSTEIN, P.C.**
1203 Willamette Street, Ste 200
Eugene, OR 97401
mbrown@wlrlaw.com

*Attorneys for Plaintiff Joshua Greene*

**FRANKFURT KURNIT KLEIN + SELZ PC**

_____
Jeremy S. Goldman (admitted *pro hac vice*)
Chaitra G. Betageri (admitted *pro hac vice*)
2029 Century Park East, Suite 2500N
Los Angeles, CA 90067
Tel: (310) 579-9600
jgoldman@fkks.com
cbetageri@fkks.com

Blake Marvis, OSB No. 201144
**EMERGE LAW GROUP**
108 NW 9th Avenue
Portland, OR 97209
Tel: (503) 227-4525
blake@emergelawgroup.com

*Attorneys for Defendants Leaf Group Ltd.*
*and Saatchi Online, Inc.*